USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,         :

                                  :

            – against–          :                  1:20-cr-314-GHW

                                  :

                                  :                    ORDER

ETHAN PHELAN MELZER,         :
      a/k/a "Etil Reggad,"       :

                                  :

                        Defendant.  :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Sentencing in this matter is scheduled for March 3, 2023. The Court has reviewed the parties' sentencing submissions and observes that the Government bases a number of arguments in its sentencing submission on facts contained in the pre-sentence report (the "PSR") that appear to be disputed by the defendant. The PSR identifies a number of specific facts that are the subject of objections by the defendant; it also contains a categorical objection that is not specifically tethered to particular statements of fact contained in the PSR. *See* PSR at 39.

      In order to help the Court evaluate the extent and effect of any disputed facts, the Court requests that counsel for the defendant identify by paragraph and line number each statement of fact contained in the PSR to which he objects. The Court requests that the information be provided to the Court and the Government no later than February 24, 2023. After the set of disputed facts has been identified with specificity, the Court expects that it will solicit the views of the parties regarding whether those disputed issues of fact must be resolved by the Court prior to sentencing

through a *Fatico* hearing or otherwise.

SO ORDERED.

Dated:  February 21, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge